FILED
November 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003075816

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:  916.440.6666
Fax: 916.254.6666
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, MODESTO DIVISION

| | |
|---|---|
| In re: | Case No. 2010-44260 |
| | Chapter 13 |
| **BARRY JOHN RENN and CLAIRE ELIZABETH RENN** | Docket Control No.: CAH-001 |
| | Judge: Robert S. Bardwil |
| Debtor | Date: 12/21/10 |
| | Time: 02:00 PM |
| | Place: 501 I Street, 6th Floor |
| | Sacramento, CA 95814 |
| | Department E– Courtroom 33 |
| | Trustee: Russell D. Greer |
| | |
| | **MOTION TO CONFIRM THE CHAPTER 13 PLAN** |

Debtor herein, moves the court herein to confirm her Chapter 13 Plan (filed on 09/25/2010).

This motion is made on the ground that:

1. The Plan is proposed in good faith.

2. The Plan complies with 11 U.S.C. §1322.

Wherefore, Debtor prays that the plan be confirmed.

Dated: 11/14/10            By:     /s/ C. Anthony Hughes
                                   C. Anthony Hughes